# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| REL CHARLES ALTON DOCKERY, PRO SE IN VIVUS, | : No. 69 MM 2014 |
| | : |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMONWEALTH OF PENNYSYLVANIA [SIC] CORPORATION DELAWARE COUNTY 32 JUDICIAL DISTRICT COURT OF COMMON PLEAS DELAWARE COUNTY IT'S [SIC] ESQUIRE CHRISTOPHER J. DIROSATO, ASST DA | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Writ of Mandamus/Prohibitions [sic]" is **DENIED**.